

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **MARKLIN MOORE** | **CIVIL ACTION NO. 3:10-cv-0091** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **ALLSTATE INSURANCE CO., ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B);

IT IS FURTHER ORDERED that plaintiff's Motion for Temporary Restraining Order be DENIED

MONROE, LOUISIANA, this 10 day of June, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE